# EXHIBIT 14



S A V E ► B O R R O W ► I N V E S T ► I N S U R E ► T R U S T

01/09/2020

David S Field
10565 Woodland Hts Rd
Dubuque, IA 52003

Dear David

The enclosed check from <u>Exponential Wealth Inc</u> for <u>$54000/7700</u> is being returned to you for the reason listed: <u>Non Sufficient Funds</u>.

The funds have been removed from your <u>Checking</u> account ending in <u>0748</u>.

For any questions you have on the reason of this return, please contact the account holder of the enclosed check.

If you have any questions, please call (563) 557-7600 / 800-373-7600, Ext. 0.

Thank you,

Dupaco Proof Team

D U P A C O   C O M M U N I T Y   C R E D I T   U N I O N

dupaco.com   EQUAL HOUSING OPPORTUNITY   ACCOUNTS FEDERALLY INSURED BY NCUA

**Check 1008**

EXPONENTIAL WEALTH INC
888 EDGEGROVE AVE
STATEN ISLAND, NY 10309

NSF

PAY TO THE ORDER OF: Dr. DAVID FiELD
DATE: 12-19-19
$ 7700.00
Seven thousand seven hundred DOLLARS

TD Bank — America's Most Convenient Bank

FOR: LIQUIDATION of ACC.

⑈001008⑈ ⑆026013673⑇ 4365299796⑈

---

**Check 1007**

EXPONENTIAL WEALTH INC
888 EDGEGROVE AVE
STATEN ISLAND, NY 10309

CASHED
OK - Appraisal-money

PAY TO THE ORDER OF: DR. DAVID FiELD
DATE: 12-18-19
$ 17,300.00
Seventeen thousand three hundred DOLLARS

TD Bank — America's Most Convenient Bank

FOR: Liquidation of Account.

⑈001007⑈ ⑆026013673⑇ 4365299796⑈

CASHED

---

**Check 1005**

EXPONENTIAL WEALTH INC
888 EDGEGROVE AVE
STATEN ISLAND, NY 10309

NSF

PAY TO THE ORDER OF: Dr David Field
DATE: 12-17-19
$ 54,000.00
fifty four thousand DOLLARS

TD Bank — America's Most Convenient Bank

FOR: Liquidation after trade in —

⑈001005⑈ ⑆026013673⑇ 4365299796⑈

Dupaco's Shine Online Banking

Page 1 of 2

## FREE CHECKING

*Returned checks NSF*

AVAILABLE

Balance
Number
Type
Open Date — Checking
Last Dividend — 12/3/2012
Dividend YTD — $0.00
Activate ChangeUp Savings — $0.00

>

For a better printing experience use the print option which can be found in the actions sub menu.

| | | | |
|---|---|---|---|
| ✱ NSF CK Exponential Wealth | 01/16/20 | None | ($25,000.00) |
| ✱ NSF CK Exponential Wealth | 01/09/20 | None | ($7,700.00) |
| ✱ NSF CK Exponential Wealth | 01/09/20 | None | ($54,000.00) |

Routing Number:

800-373-7600
P.O. Box 179
Dubuque, IA 52004-0179

Dupaco Community Credit Union © 2021

https://shine.dupaco.com/User/MainTransactions/List?Account=CD274FECB6A3662FA2...   1/25/2021








