# UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK

## AFFIDAVIT OF SERVICE



*2439173*

Index no : **1:21-CV-01990**
Date of Purchase: **03/08/2021**

| Plaintiff: | DR DAVID S FIELD |
| --- | --- |
| Defendant: | EXPONENTIAL WEALTH INC ETAL |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**DENISE LEWIS**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **03/25/2021** at **7:42 AM**, I served the within **SUMMONS AND VERIFIED COMPLAINT** on **RYAN MURNANE** at **888 EDGEGROVE AVENUE , Staten Island, NY 10309** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **DANIEL MURNANE, BROTHER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | WHITE | COVERED | 38 | 5"11" | 230 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **DANIEL MURNANE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **03/26/2021** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **888 EDGEGROVE AVENUE , Staten Island, NY 10309**. That address being the **last known residence, usual place of abode of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Deponent further states that the summons served upon the Defendant had displayed and set forth on its face the words and added legend or caveat required by sub. (e) (f) and (h) of section 2900:2 of the Civil Court Rules.

Sworn to and subscribed before me on
03/26/2021

Howard Tauber
Notary Public, State of New York
No. 01TA6321820
Qualified in New York
Commission Expires 03/23/2023

X _____
DENISE LEWIS
License#: 2006009
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: MARIA

