UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD,

              Plaintiff,

- against -

EXPONENTIAL WEALTH INC. ET AL.,

              Defendants.

21-cv-1990 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The case is referred to the Magistrate Judge for settlement.

    The defendants' time to move or answer is extended to July 2, 2021.

    The Clerk is directed to construe ECF No. 22 as an answer by the defendants Ryan Murnane and Ryan Michaels.

SO ORDERED.

Dated:    New York, New York
            June 10, 2021

                              /s/ John G. Koeltl
                              John G. Koeltl
                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-2021