UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD,

                    Plaintiff,

  -v-

EXPONENTIAL WEALTH INC., et al.,

                    Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Friday, June 18, 2021 at 10:30 am** on the Court's conference line to discuss scheduling a settlement conference. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall confer prior to the Telephone Conference to discuss their mutual availability for the settlement conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to defendants at the address below.

Dated:      New York, New York
              June 11, 2021

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE
United States Magistrate Judge**

Mail to:

Ryan Murnane
888 Edgegrove Avenue
Staten Island, New York 10309

Ryan Michaels
888 Edgegrove Avenue
Staten Island, New York 10309

2

Krystalynne Murnane
888 Edgegrove Avenue
Staten Island, New York 10309

Nicole Bennett
888 Edgegrove Avenue
Staten Island, New York 10309

2