UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD,

               Plaintiff,

-v-

EXPONENTIAL WEALTH INC., et al.,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The deadline to respond to the Complaint for any defendant who has not already done so is extended to **July 30, 2021**. Defendant Exponential Wealth Inc. is hereby advised that, by law, corporations cannot proceed pro se, Jacobs v. Pat. Enf't Fund, Inc., 230 F.3d 565, 568 (2d Cir. 2000), and that failure to appear through counsel could result in entry of default judgment.

Dated:      New York, New York
             July 7, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**