```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
DR. DAVID S. FIELD,
                    Plaintiff,            21 Civ. 1990 (JGK)

        - against -                       ORDER

EXPONENTIAL WEALTH, INC. ET AL.,
                    Defendants.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by September 10, 2021.

**SO ORDERED.**
**Dated:    New York, New York**
           **August 31, 2021**

                              /s/John G. Koeltl
                                John G. Koeltl
                         **United States District Judge**