UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DR. DAVID S. FIELD

                        Plaintiff,

vs.

EXPONENTIAL WEALTH INC.,
RYAN MURNANE, RYAN MICHAELS,
KRYSTALYNNE MURNANE, AND NOLAN
BENNETT

                        Defendants.
------------------------------------------------------------ X

Index No. 1:21-cv-01990 (JGK)

**SCHEDULING ORDER**

**JOHN G. KOELTL, U.S.D.J.:**

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1. The deadline by which the parties may move to amend the pleadings or join any other parties is **December 8, 2021**.

2. The parties will exchange Rule 26(a) disclosures by **September 24, 2021**.

3. All fact discovery is to be completed no later than **March 15, 2022**.

4. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties meet the deadline for completing fact discovery set forth in ¶ 3 above.

    a. Initial requests for production of documents shall be served by **October 1, 2021**.

    b. Initial interrogatories (per Local Civil Rule 33.3) shall be served by **October 1, 2021**.

    c. Depositions shall be completed by **January 31, 2022**.

5. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by **February 28, 2022**.

6. All discovery shall be completed no later than **March 15, 2022**.

7. ~~Pre-trial motions are to be filed within sixty (60) days of the close of discovery.~~ Dispositive motions are due by April 15, 2022.

1

8. The Court will conduct a post-discovery conference on _____ at _____. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

9. The parties will agree on a protocol for the production of Electronically Stored Information.

10. The parties anticipate the length of trial (a jury trial has been demanded) to be 5 days.

11. Names, addresses, phone numbers and signatures of counsel:

| Michael R. Koblenz, Esq.<br>Sara F. Lilling, Esq.<br>Mound Cotton Wollan & Greengrass LLP<br>One New York Plaza<br>New York, New York 10004<br>Tel: (212) 804-4200<br><br>*/s/ Sara F. Lilling*<br><br>*Attorneys for Plaintiff Dr. David S. Field* | Michael J. DeSantis, Esq.<br>Crawford Bringslid Vander Neut, LLP<br>900 South Avenue, Suite 204<br>Staten Island, New York 10314<br>Tel: (718)273-9414<br><br>*/s/*<br><br>*Attorneys for Defendants Exponential Wealth, Inc., Ryan Murnane, Ryan Michaels, and Krysta Lynne Murnane* |

SO ORDERED:
*/s/ John G. Koeltl*
JOHN G. KOELTL
U.S.D.J.

The Joint Pre-Trial Order is due April 29, 2022 or 14 days after ~~completion~~ disposition of any dispositive motion. Ready-Trial, 48 hours notice, 14 days after the submission of the Joint Pre-Trial Order.

So ordered
*/s/ John G. Koeltl*
9/9/21
U.S.D.J.