UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD,

                Plaintiff,

-v-

EXPONENTIAL WEALTH INC., et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER RESCHEDULING TELEPHONE CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for Friday, October 1, 2021 at 3:00 pm is RESCHEDULED to **the same day at 9:30 am**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. All other terms of the Court's order at ECF No. 45 remain in effect.

Dated:    New York, New York
           September 29, 2021

SO ORDERED.

_/s/ Sarah L. Cave_

**SARAH L. CAVE**
**United States Magistrate Judge**