UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD,

                Plaintiff,

-v-

EXPONENTIAL WEALTH INC., et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, October 1, 2021, Plaintiff's requests to compel certain discovery and for leave to file an amended complaint (ECF No. 43) are GRANTED, and the Court orders as follows:

1. Defendants shall produce the documents referenced in their initial disclosures by **October 8, 2021**;

2. Plaintiff shall file his amended complaint by **October 15, 2021**;

3. Defendant Ryan Murnane shall serve written responses to Plaintiff's requests for production and interrogatories, dated August 12, 2021, by **October 22, 2021**;

4. Defendants' request for a pre-motion conference regarding their anticipated motion to dismiss (ECF No. 41) is WITHDRAWN; and

5. By **October 25, 2021**, Defendants shall file either an answer to the amended complaint or, if they intend to move for dismissal, a pre-motion letter addressed to Judge Koeltl.

Dated:      New York, New York
             October 1, 2021

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**