UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. DAVID S. FIELD,

        Plaintiff,

- against -

EXPONENTIAL WEALTH INC., et al.,

        Defendants.

21-cv-1990 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at the conference held today, the defendants may file a motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). Discovery in this case is not stayed pending the motion for judgment on the pleadings.

SO ORDERED.

Dated:   New York, New York
        October 28, 2021

                                      John G. Koeltl
                                    United States District Judge