UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

DR. DAVID S. FIELD

            Plaintiff,

vs.

EXPONENTIAL WEALTH INC.,
RYAN MURNANE, RYAN MICHAELS,
KRYSTALYNNE MURNANE, NOLAN
BENNETT, AND CHRISTOPHER PAUL

           Defendants.
-------------------------------------------------------------- X

Index No. 1:21-cv-01990 (JGK) (SLC)

**PROPOSED DEFAULT JUDGMENT AGAINST DEFENDANT NOLAN BENNETT**

      This matter having come before this Court on Plaintiff Dr. David S. Field's application for entry of a default judgment against Defendant Nolan Bennett ("Defendant Bennett"), under Rule 55(b)(2) of the Federal Rules of Civil Procedure; and after having considered Plaintiff's submissions, the Court finds as follows:

      (1)    A Certificate of Default was issued by the Clerk of the Court against Defendant Bennett on December 22, 2021;

      (2)    Defendant Bennett is not a minor, an incompetent person, or a member of the military service of the United States; and

      (3)    Defendant Bennet did not file an Answer or otherwise appear with the respect to the Amended Verified Complaint.

      THEREFORE, IT IS ADJUDGED that Plaintiff shall have judgment over and against Defendant Bennet in the amount of $2,885,852 plus interest, and that Plaintiff shall have execution therefor.

      IT IS SO ORDERED this _____ day of _____, 2022

                                                             _____
                                                             JUDGE JOHN G. KOELTL