UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DR. DAVID S. FIELD

                Plaintiff,

vs.

EXPONENTIAL WEALTH INC.,
RYAN MURNANE, RYAN MICHAELS,
KRYSTALYNNE MURNANE, NOLAN
BENNETT, AND CHRISTOPHER PAUL

                Defendants.
-------------------------------------------------------------- X

Index No. 1:21-cv-01990 (JGK) (SLC)

**PROPOSED DEFAULT JUDGMENT AGAINST DEFENDANT CHRISTOPHER PAUL**

This matter having come before this Court on Plaintiff Dr. David S. Field's application for entry of a default judgment against Defendant Christopher Paul ("Defendant Paul"), under Rule 55(b)(2) of the Federal Rules of Civil Procedure; and after having considered Plaintiff's submissions, the Court finds as follows:

(1)    A Certificate of Default was issued by the Clerk of the Court against Defendant Paul on December 22, 2021;

(2)    Defendant Paul is not a minor, an incompetent person, or a member of the military service of the United States; and

(3)    Defendant Paul did not file an Answer or otherwise appear in this action.

THEREFORE, IT IS ADJUDGED that Plaintiff shall have judgment over and against Defendant Paul in the amount of $2,885,852 plus interest, and that Plaintiff shall have execution therefor.

IT IS SO ORDERED this ____ day of _____, 2022

                                                                                            _____
                                                                                            JUDGE JOHN G. KOELTL

1111753.1