UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD,

                Plaintiff,

-v-

EXPONENTIAL WEALTH INC., et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, January 4, 2022, the Court orders as follows:

1. By **January 14, 2022**, Defendants shall produce the bank statements of Exponential Wealth, Inc. ("EWI") that were omitted from their prior production; and

2. Defendants' counsel shall promptly review the personal bank statements of Ryan Murnane and Krystalynne Murnane to determine whether they reflect any transactions (i) between either Mr. Murnane or Mrs. Murnane and EWI, (ii) relating to funds that Plaintiff transferred to EWI, and/or (iii) relating to the Coins. (See ECF No. 50 ¶ 1). By **January 21, 2022**, Defendants shall either (i) produce the bank statements reflecting such transactions or (ii) provide confirmation that no such bank statements exist. Defendants may redact any non-responsive transactions.

Dated:     New York, New York
             January 4, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**