UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD,

                Plaintiff,

   -v-

EXPONENTIAL WEALTH INC., et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On January 10, 2022, attorney Michael J. DeSantis filed a declaration in support of Crawford Bringslid Vander Neut LLP's motion under Local Civil Rule 1.4 to be relieved as counsel for Defendants.  (ECF No. 95-1 (the "Declaration")).  In the Declaration, Mr. DeSantis does not indicate whether Crawford Bringslid Vander Neut LLP or any of its attorneys is asserting a retaining or charging lien.  (Id.)

Accordingly, to permit a ruling on the Motion, Mr. DeSantis shall file a letter (the "Letter") by **March 11, 2022** indicating whether Crawford Bringslid Vander Neut LLP or any of its attorneys is asserting a retaining or charging lien.  (See Loc. Civ. R. 1.4).  Mr. DeSantis shall serve copies of this Order and the Letter on Defendants, and file proof of service on the docket.

Dated:     New York, New York
           March 10, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**