UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD,

                Plaintiff,

-v-

EXPONENTIAL WEALTH INC., et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On January 10, 2022, attorney Michael J. DeSantis filed a proposed order to show cause, declaration, and exhibits in support of the motion of Crawford Bringslid Vander Neut LLP ("Crawford") under Local Civil Rule 1.4 to be relieved as counsel for Defendants Exponential Wealth Inc., Ryan Murnane, Ryan Michaels, Krystalynne Murnane, and Nolan Bennett ("Defendants"). (ECF No. 95 (the "Motion")). On January 14, 2022, the Honorable John G. Koeltl ordered Defendants to show cause by January 28, 2022 why Crawford should not be relieved as counsel. (ECF No. 98 (the "January 14 Order")). On January 20, 2022, Defendants' deadline to respond to the January 14 Order was extended to February 11, 2022. (ECF No. 104). To date, Defendants have not responded to the January 14 Order or otherwise opposed the Motion. Accordingly, the Motion is GRANTED, and the Court orders as follows:

1. By **March 21, 2022**, Defendants shall produce the bank statements described in the Court's Order at ECF No. 91;

2. As the Court has previously informed Defendants (ECF No. 30), by law, corporations cannot proceed pro se. Jacobs v. Pat. Enf't Fund, Inc., 230 F.3d 565, 568 (2d Cir. 2000). Accordingly, by **March 28, 2022**, new counsel for Exponential Wealth Inc. shall file a

notice of appearance. Exponential Wealth Inc. is hereby advised that failure to retain counsel in accordance with this Order may lead to entry of a certificate of default and a default judgment. <u>See</u> Fed. R. Civ. P. 55(a);

3. The deadline for the completion of all discovery is extended to **May 15, 2022**;

4. By **May 22, 2022**, the parties shall file a joint letter certifying the completion of all discovery;

5. A telephone conference is scheduled for **Wednesday, April 27, 2022 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, <u>at least five minutes before</u> the scheduled time.

Mr. DeSantis shall promptly serve a copy of this Order on Defendants by email and certified mail and, by **March 15, 2022**, file proof of service on the docket.

The Clerk of Court is respectfully directed to terminate Crawford (attorneys Michael DeSantis and Allyn J. Crawford) as counsel for Defendants.

Dated:    New York, New York            SO ORDERED.
          March 14, 2022

*[signature]*
**SARAH L. CAVE**
**United States Magistrate Judge**