UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD,

          Plaintiff,

-v-

EXPONENTIAL WEALTH INC., et al.,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Given Plaintiff's anticipated motion (the "Motion") for sanctions under Fed. R. Civ. P. 37 (see ECF Nos. 110; 111 at 2), the telephone conference scheduled for Wednesday, April 27, 2022 is CANCELLED. All other terms of the Court's Orders at ECF Nos. 109 and 111—including the discovery deadline and the Motion briefing schedule—remain in effect.

Plaintiffs shall promptly email a copy of this Order to Defendants.

Dated:    New York, New York
           April 26, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**