UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD,

                Plaintiff,

-v-                                      CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

EXPONENTIAL WEALTH INC., et al.,          **ORDER**

                Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

The Court is in receipt of the parties' letters at ECF Nos. 123 and 124, which, although addressed to the Honorable John G. Koeltl, are more appropriately addressed to me under the referral order (see ECF No. 4).

Regarding its decision to cancel the April 27, 2022 telephone conference, the Court refers Defendant Ryan Murnane to its Order at ECF No. 122.

Regarding Mr. Murnane's request to submit his and Defendant Krystalynne Murnane's personal bank statements (the "Bank Statements ") to the Court in hardcopy form, the Court refers Mr. Murnane to its Order at ECF No. 91, which directed Defendants to produce the Bank Statements to Plaintiff, not to the Court. Mr. Murnane need not—and should not—file the Bank Statements on the docket. Mr. Murnane shall email the bank statements to Plaintiff's counsel immediately upon receipt of this Order. By **May 6, 2022**, Plaintiff shall advise the Court whether he has received the Bank Statements

All other terms of the Court's Orders at ECF Nos. 109 and 111 remain in effect.

Plaintiff shall promptly email a copy of this Order to Defendants.

Dated: New York, New York
April 29, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**