UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. DAVID S. FIELD,

                Plaintiff

- against -

EXPONENTIAL WEALTH INC., ET AL.,

                Defendants.

21-cv-1990 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

A conference is scheduled for May 12, 2022, at 1:00 p.m. Dial-in: 888-363-4749, with access code 8140049. The Clerk is directed to mail a copy of this Order to the defendants and to note service on the docket. The plaintiff is directed to serve a copy of this Order via email on each defendant whose email address is known to the plaintiff.

SO ORDERED.

Dated:    New York, New York
           May 4, 2022

                                          John G. Koeltl
                                      United States District