```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DR. DAVID S. FIELD,

                Plaintiff

- against -

EXPONENTIAL WEALTH INC., ET AL.,

                Defendants.

21-cv-1990 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit letters by May 20, 2022, addressing the issues raised at the conference held today.

    The Clerk is directed to mail a copy of this Order to the defendants and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           May 12, 2022

                                              John G. Koeltl
                                      United States District Judge