```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DR. DAVID S. FIELD,

                Plaintiff

   - against -

EXPONENTIAL WEALTH INC., ET AL.,

                Defendants.

21-cv-1990 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the defendant's letter dated May 20, 2022. The parties are advised that they should avoid sending letters to the Court unless the parties are writing in connection with a specific request for relief from the Court.

    The Clerk is directed to send copies of this Order to the pro se defendants and to note service on the docket.

SO ORDERED.

Dated:   New York, New York
          May 23, 2022

                                      John G. Koeltl
                                United States District Judge