```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DR. DAVID S. FIELD AND HOLLY FIELD,

                Plaintiffs,

- against -

EXPONENTIAL WEALTH INC., ET AL.,

                Defendants.

21-cv-1990 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On June 24, 2022, Krystalynne Murnane filed an answer to the Second Amended Verified Complaint in which she asserted two counterclaims against the plaintiffs. See ECF No. 144 at 33. The plaintiffs sought to file a motion to dismiss Krystalynne Murnane's counterclaims and on July 21, 2022, the Court entered a briefing schedule for that motion to dismiss. See ECF No. 147. On July 22, 2022, Krystalynne Murnane submitted a letter to the Court in which she withdrew her counterclaims, explained that she had intended to bring the counterclaims as affirmative defenses, and requested that the Court allow her to assert her counterclaims as affirmative defenses. Krystalynne Murnane's request to amend her answer to assert her counterclaims as affirmative defenses is granted. Krystalynne Murnane's counterclaims are dismissed.

1

The Clerk is directed to mail a copy of this Order to the defendants and to note service on the docket.

SO ORDERED.

Dated: July 25, 2022
New York, New York

/s/ John G. Koeltl
John G. Koeltl
United States District Judge