UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID S FIELD, ET AL.,

        Plaintiffs,

- against -

EXPONENTIAL WEALTH, INC., ET AL.,

        Defendants.

21-cv-1990 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs should provide the court with courtesy copies of the pending fully briefed motion for default judgment.

SO ORDERED.

Dated:  New York, New York
       September 14, 2022

                                        John G. Koeltl
                                 United States District Judge