UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————

DR. DAVID S FIELD, ET AL.,

                   Plaintiffs,

      - against -

EXPONENTIAL WEALTH INC., ET AL.

                 Defendants.
—————————————————————

21-cv-1990 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On August 11, 2022, the Clerk of Court issued certificates of default for defendants Exponential Wealth Inc., Nolan Bennett, and Christopher Paul. ECF Nos. 156, 157, 158. On August 15, 2022, the Court entered an Order to Show Cause, with respect to each defendant, as to why a default judgment should be entered against that defendant. ECF Nos. 173, 174, 175. The plaintiffs served the Orders on the defaulting defendants that same day. ECF Nos. 177, 178, 179. The time to respond to the Orders to Show Cause was September 6, 2022, and has long since passed.

    Accordingly, the plaintiffs are entitled to a default judgment against defendants Exponential Wealth Inc., Nolan Bennett, and Christopher Paul. An inquest on damages is stayed pending on a decision on the motion for a default judgment

against defendants Ryan Murnane, Ryan Michaels, and Krystalynne

Murnane. ECF No. 126.

**SO ORDERED.**

Dated:     New York, New York
            January 25, 2023

                                  **John G. Koeltl**
                    **United States District Judge**