UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD,

                Plaintiff,

-v-                                CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

EXPONENTIAL WEALTH INC., et al.,            **ORDER**

                Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

In light of the adoption of the parties' proposed deadlines for the completion of discovery (ECF No. 199), the telephonic status conference scheduled for Wednesday, March 29, 2023 at 2:00 p.m. is ADJOURNED to **Tuesday, July 18, 2023 at 4:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties may raise any discovery disputes that may arise in the interim or request a rescheduling of the conference in accordance with the Court's Individual Practices.[1]

Dated:      New York, New York               SO ORDERED.
             March 24, 2023

                                                                                                               **SARAH L. CAVE**
                                                                                                               **United States Magistrate Judge**

---

[1] See Individual Practices in Civil Cases, https://nysd.uscourts.gov/sites/default/files/practice_documents/SLC%20Individual%20Practices%20in%20Civil%20Cases%20%E2%80%93%20September%2030th%2C%202022.pdf (last visited Mar. 24, 2023).