UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                                    Plaintiffs,

-v-                                        CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

EXPONENTIAL WEALTH INC., et al.,                    **ORDER**

                                   Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

In light of the extension of the discovery schedule (ECF No. 207), the telephone status conference scheduled for July 18, 2023 is ADJOURNED to **Thursday, August 24, 2023 at 3:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties may raise any discovery disputes that may arise in the interim or request a rescheduling of the conference in accordance with the Court's Individual Practices.

Plaintiffs shall promptly serve a copy of this Order on Defendants.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:      New York, New York
              July 17, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**