UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                    Plaintiffs,

-v-                                  CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

EXPONENTIAL WEALTH INC., et al.,

                                            **ORDER**

                    Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the telephone status conference held today, September 8, 2023, the Court orders as follows:

1. Defendant Ryan Murnane ("Mr. Murnane") shall sit for a continued deposition, limited to one (1) hour of on-the-record time, i.e., excluding breaks or non-testimonial conversations between the parties.

2. Mr. Murnane shall promptly re-send to Plaintiffs' counsel any emails (i) confirming the existence or non-existence of any additional responsive documents to be produced and (ii) conveying a settlement offer.

3. Defendant Krysta-Lynne Murnane ("Ms. Murnane") shall promptly re-send to Plaintiffs' counsel any documents Ms. Murnane agreed to produce following her deposition.

4. By **September 22, 2023**, Plaintiffs shall file a letter reporting on the status of completion of the discovery issues described in this Order and the status (but not the substance) of any settlement negotiations.

Plaintiffs shall promptly serve a copy of this Order on Defendants.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated: New York, New York
September 8, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge