UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                Plaintiffs,

    -v-

EXPONENTIAL WEALTH INC., et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Having reviewed Plaintiffs' status letter at ECF No. 215, the Court orders as follows:

1. By **September 29, 2023**, Defendant Ryan Murnane ("Mr. Murnane") shall re-send to Plaintiffs' counsel any emails (i) confirming the existence or non-existence of any additional responsive documents to be produced and (ii) conveying a settlement offer.

2. Mr. Murnane shall sit for the continued deposition authorized in the Court's September 8, 2023 Order (ECF No. 214 ¶ 1) by **October 13, 2023**.

3. By **October 20, 2023**, Plaintiffs shall file a letter reporting on the status of completion of the discovery described in this Order and the status (but not the substance) of any settlement negotiations.

<u>Mr. Murnane is warned, again, that his failure to comply with his discovery obligations or this Court's orders may result in the imposition of sanctions.</u>  <u>See</u> Fed. R. Civ. P 16(f), 37(b)–(d).

Plaintiffs shall promptly serve a copy of this Order on Defendants.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:        New York, New York
              September 22, 2023

                                    SO ORDERED.


                                    _____
                                    SARAH L. CAVE
                                    United States Magistrate Judge