UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                      Plaintiffs,

-v-                                            CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

EXPONENTIAL WEALTH INC., et al.,                      **ORDER**

                      Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the telephone conference held today, November 2, 2023, the Court orders as follows:

1. On **Tuesday, November 14, 2023 at 10:00 am**, Defendant Ryan Murnane shall sit for a continued deposition (the "Deposition"), limited to three (3) hour of on-the-record time, i.e., excluding breaks or non-testimonial conversations between the parties. The Deposition shall take remotely on a video platform hosted by Plaintiffs' counsel. Mr. Murnane shall participate in the Deposition from a quiet, indoor location without distraction.  **Mr. Murnane is warned that his failure to appear at the Deposition will result in sanctions**.  See Fed. R. Civ. P 16(f), 37(b)–(d).

2. By **November 17, 2023**, Plaintiffs shall file a letter, no longer than three (3) pages, certifying the completion of the Deposition and raising any remaining fact discovery issues requiring the Court's attention.

Plaintiffs shall promptly serve a copy of this Order on Defendants via email.

2

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:    New York, New York
          November 2, 2023

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**