UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                              Plaintiffs,

-v-

EXPONENTIAL WEALTH INC., et al.,

                              Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Having reviewed Plaintiff's letter at ECF No. 220, the Court orders as follows:

1. By **December 1, 2023**, Defendant Ryan Murnane shall produce all documents referenced during his continued deposition (the "Documents").

2. By **December 18, 2023**, Plaintiffs shall file a letter, no longer than three (3) pages, confirming their receipt of the Documents, raising any remaining fact discovery issues requiring the Court's attention, and reporting on the status of the parties' settlement discussions.

Plaintiffs shall promptly serve a copy of this Order on Mr. Murnane via email.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:      New York, New York
               November 17, 2023

SO ORDERED.

_(signature)_
**SARAH L. CAVE**
**United States Magistrate Judge**