UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                    Plaintiffs,

-v-                                CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

EXPONENTIAL WEALTH INC., et al.,

                                        **ORDER**

                    Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

By **January 5, 2024**, Defendant Ryan Murnane shall file a response to Plaintiffs' letter at ECF No. 222.

Plaintiffs shall promptly serve a copy of this Order on Mr. Murnane via email.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:      New York, New York
               December 19, 2023

                                              SO ORDERED.

                                              _/s/ Sarah L. Cave_
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**