UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                               Plaintiffs,

-v-

EXPONENTIAL WEALTH INC., et al.,

                               Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On December 19, 2023, the Court ordered Defendant Ryan Murnane shall file a response (the "Response") to Plaintiffs' letter at ECF No. 222 by January 5, 2024.  To date, Mr. Murnane has not filed the Response.[1]  As a one-time courtesy, the Court sua sponte extends this deadline, and directs Mr. Murnane to file the Response by **January 17, 2024**.

Plaintiffs shall promptly serve a copy of this Order on Mr. Murnane via email and file confirmation of service by **January 11, 2024**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:       New York, New York
                January 10, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] The Court notes that, on January 5, 2024, it received an email (the "Email") from Mr. Murnane with the subject line "Response to Documents Request" and with no text in the body of the Email except for the case caption.  The Court was unable to open the attachment to the Email.  In any event, as Mr. Murnane is aware, all communications with the Court must be made on the docket.