UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

              Plaintiffs,

-v-

EXPONENTIAL WEALTH INC., et al.,

              Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the telephone conference held today, February 8, 2024 (the "Conference"), the Court orders as follows:

1. By **March 11, 2024**, Defendant Ryan Murnane shall produce to Plaintiffs (i) all personal tax returns for himself and business tax returns for Defendant Exponential Wealth Inc. for the years 2019 through 2023 that are in his possession and (ii) all closing statements or related documents reflecting the recent sale of his home.

2. By **March 18, 2024**, Plaintiff shall file a letter (the "Letter") reporting on the status of their receipt of these documents, if any, from Mr. Murnane.

3. As discussed at the Conference, on receipt of the Letter, the Court will deem <u>all</u> discovery complete, and will refer the parties to the Individual Practices of the Honorable John G. Koeltl for dispositive motion and pre-trial practice.

Plaintiffs shall promptly serve a copy of this Order on Mr. Murnane via email.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:    New York, New York  
           February 8, 2024

SO ORDERED.

_/s/ Sarah L. Cave_  
**SARAH L. CAVE**  
**United States Magistrate Judge**