UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                    Plaintiffs,

-v-

EXPONENTIAL WEALTH INC., et al.,

                    Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On February 8, 2024, the Court directed Defendant Ryan Murnane to produce to Plaintiffs: "(i) all personal tax returns for himself and business tax returns for Defendant Exponential Wealth Inc. for the years 2019 through 2023 that are in his possession and (ii) all closing statements or related documents reflecting the recent sale of his home. (ECF No. 228 ¶ 1). On March 13, 2024, Plaintiffs advised the Court that Mr. Murnane failed to produce any of these documents. (ECF No. 231 (the "Letter"). Accordingly, the Court orders as follows:

1. By **March 18, 2024**, Mr. Murnane shall file a response to the Letter.

2. <u>Mr. Murnane is warned, again, that his failure to comply with his discovery obligations or this Court's orders may result in the imposition of sanctions</u>. See Fed. R. Civ. P 16(f), 37(b)–(d).

Plaintiffs shall promptly serve a copy of this Order on Mr. Murnane by email.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:    New York, New York
            March 14, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**