UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                              Plaintiffs,

-v-

EXPONENTIAL WEALTH INC., et al.,

                              Defendants.

CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On February 8, 2024, the Court directed Defendant Ryan Murnane to produce to Plaintiffs: "(i) all personal tax returns for himself and business tax returns for Defendant Exponential Wealth Inc. for the years 2019 through 2023 that are in his possession and (ii) all closing statements or related documents reflecting the recent sale of his home. (ECF No. 228 ¶ 1). On March 13, 2024, Plaintiffs advised the Court that Mr. Murnane failed to produce any of these documents. (ECF No. 231 (the "Letter")).

On March 14, 2024, the Court directed Mr. Murnane to file a response to the Letter by March 18, 2024 and warned him, again, that his failure to comply with his discovery obligations or this Court's orders may result in the imposition of sanctions. (ECF No. 232 (citing Fed. R. Civ. P 16(f), 37(b)–(d)). To date, Mr. Murnane has not responded to the Letter or otherwise communicated with the Court. On March 20, 2024, Plaintiffs reiterated their request for sanctions against Mr. Murnane. (ECF No. 233 (the "Request")).

Given the parties' intention to participate in a settlement conference (see ECF No. 230), the Court's ruling on the Request is DEFERRED pending the completion of the parties' settlement efforts.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:     New York, New York
           March 21, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2