UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. DAVID S. FIELD and HOLLY FIELD,<br><br>        Plaintiffs,<br><br> -v-<br><br>EXPONENTIAL WEALTH INC., <u>et</u> <u>al.</u>,<br><br>        Defendants. | CIVIL ACTION NO.: 21 Civ. 1990 (JGK) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE**, United States Magistrate Judge.

 The Court has located pro bono counsel (the "Attorney") to appear for <u>pro se</u> Defendants Ryan Murnane and Krysta-Lynne Murnane (together, the "Individual Defendants") for the purpose of settlement. (<u>See</u> ECF No. 230). If the Individual Defendants want the Attorney to represent them at the parties' anticipated settlement conference, the Individual Defendants shall, if they have not already done so, sign the Attorney's retainer agreement and return it to him by **April 12, 2024**.

 Plaintiffs shall promptly serve a copy of this Order on Mr. Murnane via email.

 The Clerk of Court is respectfully directed to mail a copy of this Order to the Individual Defendants.

Dated:  New York, New York
     April 2, 2024

                SO ORDERED.

                _____
                **SARAH L. CAVE**
                **United States Magistrate Judge**