UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

      Plaintiffs,

-v-

EXPONENTIAL WEALTH INC., et al.,

      Defendants.

CIVIL ACTION NO. 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties shall promptly meet and confer and, by **June 5, 2024**, file a joint letter proposing a schedule for the completion of expert discovery.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:  New York, New York
     May 22, 2024

              SO ORDERED.

              _____
              **SARAH L. CAVE**
              **United States Magistrate Judge**