UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                Plaintiffs,

-v-                                      CIVIL ACTION NO. 21 Civ. 1990 (JGK) (SLC)

EXPONENTIAL WEALTH INC., et al.,              **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed Plaintiffs' letter at ECF No. 243, the Court orders as follows:

1. Expert discovery shall be completed by **July 15, 2024**.

2. By **July 22, 2024**, the parties shall file a joint letter certifying the completion of expert discovery.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:        New York, New York
                June 6, 2024

                                                SO ORDERED.

                                                _____
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**