UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                Plaintiffs,

  -v-                                   CIVIL ACTION NO. 21 Civ. 1990 (JGK) (SLC)

EXPONENTIAL WEALTH INC., et al.,                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court construes Plaintiffs' June 5, 2024 letter "regarding Plaintiffs' request for sanctions on Defendant Ryan Murnane . . . for his continuous violations of this Court's orders" as a request for leave to file a motion for sanctions against Mr. Murnane (the "Motion"). (ECF No. 244 (the "Request")). The Request is GRANTED, and the Court orders as follows:

1. By **July 8, 2024**, Plaintiffs shall file the Motion.

2. By **August 7, 2024**, Mr. Murnane shall file a response to the Motion.

3. By **August 14, 2024**, Plaintiffs shall file their reply, if any.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants.

Dated:      New York, New York
              June 6, 2024

                                                  SO ORDERED.

                                                  **SARAH L. CAVE**
                                                 **United States Magistrate Judge**