UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                Plaintiffs,

  -v-

EXPONENTIAL WEALTH INC., et al.,

                Defendants.

CIVIL ACTION NO. 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court received a mailed letter from Plaintiffs ("Letter"), and it is attached hereto under seal. On or before **October 8, 2024**, Plaintiffs' counsel shall review the Letter and file it on the public docket with any appropriate redactions that omit personally sensitive information. The parties are reminded that ex parte communications to the Court are not permitted.

Moreover, the parties have failed to move the case forward since the Court's July 23, 2024 Order (ECF No. 249) referring them to the individual practices of Judge Koeltl for dispositive motions and trial. Accordingly, it is further ORDERED that on or before **October 11, 2024**, the parties shall file a joint letter, addressed to Judge Koeltl, setting forth their proposed schedule for dispositive motions and trial.

Dated:     New York, New York
            October 1, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**