UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                        Plaintiffs,

     -v-

EXPONENTIAL WEALTH INC., et al.,

                        Defendants.

CIVIL ACTION NO. 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 1, 2024, the Court ordered the parties to file a joint letter addressed to Judge Koeltl on or before October 11, 2024, setting forth their proposed schedule for dispositive motions and trial. (ECF No. 252). Moreover, by October 8, 2024, Plaintiffs' counsel was to review a letter the Court received from Plaintiffs and file a copy of it on the public docket with appropriate redactions that omit personally identifiable information. (Id.) The parties failed to complete the tasks.

As a one-time courtesy, the Court sua sponte extends the deadline for the parties to comply with the October 1, 2024 Order (ECF No. 252) to **October 17, 2024**. The parties are warned that failure to comply with the Court's orders may result in sanctions.

Dated:      New York, New York
            October 15, 2024

                            SO ORDERED.

                            **SARAH L. CAVE**
                            **United States Magistrate Judge**