UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID S. FIELD, ET AL.,            21-cv-1990 (JGK)

         Plaintiffs,               <u>ORDER</u>

   - against -

EXPONENTIAL WEALTH INC., ET AL.,

         Defendants.

---

JOHN G. KOELTL, District Judge:

     The parties are directed to appear, by phone, for a status conference on **Monday, November 4, 2024,** at **3:00 p.m.**

     Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:     New York, New York
            October 21, 2024

                                        John G. Koeltl
                                   **United States District Judge**