UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID S. FIELD, ET AL.,

                Plaintiffs,

- against -

EXPONENTIAL WEALTH INC., ET AL.,

                Defendants.

21-cv-1990 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to file a joint pretrial order, together with motions in limine, requests to charge, and voir dire requests, was January 31, 2025. See ECF No. 258. No joint pretrial order, motions in limine, requests to charge, or voir dire requests have been filed. The parties are directed to file a joint pretrial order, together with motions in limine, requests to charge, and voir dire requests, by **February 14, 2025**. If the parties fail to comply by that date, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           February 4, 2025

                                            John G. Koeltl
                                     United States District Judge