UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────

DAVID S. FIELD, ET AL.,

                **Plaintiffs,**

   - against –

EXPONENTIAL WEALTH INC., ET AL.,

              **Defendants.**
─────────────────────────────────

              **21-cv-1990 (JGK)**

              <u>ORDER</u>

JOHN G. KOELTL, District Judge:

The final pretrial conference scheduled for March 14, 2025, is **adjourned** to **April 2, 2025,** at **11:30 a.m.** The parties are directed to appear on April 2, 2025, by videoconference. If the plaintiffs would prefer to appear in person for the final pretrial conference, the plaintiffs should advise the Court promptly.

The Clerk is respectfully directed to mail a copy of this Order and ECF No. 262 to pro se defendants Ryan Murnane and Krystalynne Murnane.

**SO ORDERED.**

Dated:    **New York, New York**
          **March 4, 2025**

                    /s/ John G. Koeltl
                    **John G. Koeltl**
          **United States District Judge**