UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                Plaintiffs,

-v-

EXPONENTIAL WEALTH INC., et al.,

                Defendants.

CIVIL ACTION NO. 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 24, 2025, Plaintiffs notified the Court that they "have chosen to represent [them]selves [pro se] and will no longer be represented by Mound Cotton Greengrass, Michael Koblenz, Sara Lilling, and the law firm of Westerman, Ball and Ederer."  (ECF No. 263).

Neither Sara Lilling, Esq. nor Michael Koblenz, Esq. filed motions to withdraw as Plaintiffs' counsel, which is required under Local Rule 1.4(b) before counsel can be discharged from their representation in a case.  Accordingly, on or before **March 13, 2025**, Lilling and Koblenz shall each file (i) a letter setting forth whether they continue to represent Plaintiffs, or (ii) if not, a motion to withdraw as counsel supported by "satisfactory reasons for withdrawal" on the eve of trial and setting forth "whether or not [they assert] a retaining or charging lien."  Local R. 1.4(b).

Dated:     New York, New York
           March 10, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**