```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

DAVID S. FIELD, ET AL.,

                Plaintiffs,

    - against -

EXPONENTIAL WEALTH INC., ET AL.,

                Defendants.

21-cv-1990 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The final pretrial conference scheduled for April 2, 2025, is **adjourned sine die** in view of the motion to withdraw currently pending before the Magistrate Judge.

    The Clerk is respectfully directed to mail a copy of this Order to pro se defendants Ryan Murnane and Krystalynne Murnane.

SO ORDERED.

Dated:    New York, New York
            March 25, 2025

                                            /s/ John G. Koeltl
                                              John G. Koeltl
                                        United States District Judge