UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                Plaintiffs,

-v-

EXPONENTIAL WEALTH INC., et al.,

                Defendants.

CIVIL ACTION NO. 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 3, 2025, the Court granted Plaintiffs' counsel's motion to withdraw in advance of trial. (ECF No. 272). Since then, the parties have been silent. Therefore, on or before **June 17, 2025**, the parties shall file a letter requesting a final pre-trial conference with the Honorable John G. Koeltl.

Dated:    New York, New York
            June 10, 2025

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**