UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                Plaintiffs,

-v-

EXPONENTIAL WEALTH INC., et al.,

                Defendants.

CIVIL ACTION NO. 21 Civ. 1990 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court directed the parties to file a letter requesting a final pre-trial conference with the Honorable John G. Koeltl by June 17, 2025, because the parties have taken no action since April 3, 2025. (ECF No. 273). The parties have not complied.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to request a final pre-trial conference up to and including **June 25, 2025**. Continued failure to comply may result in dismissal of this action for failure to prosecute.

Dated:     New York, New York
           June 23, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**