UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DR. DAVID S. FIELD, et al.,
                Plaintiff(s)

            21 civ 1990 (JGK)

     -against-

EXPONENTIAL WEALTH, INC., et al.,
                Defendant(s).
-------------------------------------------------------------X

## ORDER

The Court authorizes the following pro se parties to receive notices via the ECF:

Dr. Davis S. Field: dfield@westsideorthopaedics.com

Ryan Murname: rmurnane1980@gmail.com

Krystalynne Murname: kmurnane87@gmail.com

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       August 4, 2025