August 7, 2025

Field v. Exponential Wealth Inc. et al
1:21-cv-01990-JGK-SLC

Honorable John G. Koeltl,

I respectfully request the pretrial conference scheduled for October 23, 2025 at 4 pm in your courtroom to be held via telephone. I have just started on new job and am on a fixed budget. I am on a 90 day probation period and do not have any personal or sick time. Being that the trial is 5 days after the conference, it will be very difficult for me to take two days off from work. Please consider my request.

Respectfully,

Krysta-Lynne Murnane
Pro Se Defendant
917 417 9636
426 Ridgewood Avenue, Staten Island, NY 10312