August 7, 2025

Field v. Exponential Wealth Inc. et al
1:21-cv-01990-JGK-SLC

Honorable John G. Koeltl,

The pretrial conference remains scheduled for October 23, 2025, in person. However, the time is adjourned to 5:00 p.m. SO ORDERED.

Dated August 11, 2025  /s/ John G. Koeltl
New York, New York   John G. Koeltl, U.S.D.J.

I respectfully request the pretrial conference scheduled for October 23, 2025 at 4 pm in your courtroom to be held via telephone. I have just started on new job and am on a fixed budget. I am on a 90 day probation period and do not have any personal or sick time. Being that the trial is 5 days after the conference, it will be very difficult for me to take two days off from work. Please consider my request.

Respectfully,

Krysta-Lynne Murnane
Pro Se Defendant
917 417 9636
426 Ridgewood Avenue, Staten Island, NY 10312

Created with Scanner Pro