```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

DR. DAVID S. FIELD, ET AL.,

                Plaintiffs,

        - against -

EXPONENTIAL WEALTH INC., ET AL.,

                Defendants.

21-cv-1990 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The final pre-trial conference is rescheduled for **Thursday, October 23, 2025, at 4:00 p.m.** However, if any party cannot appear in person at that time, that party may appear by telephone. The telephone connection is: 646-453-4442, with access code 675 278 33#.

The Clerk is respectfully requested to email a copy of this Order to the pro se parties at dfield@westsideorthopaedics.com, rmurnane1980@gmail.com, and kmurnane87@gmail.com, and to note transmittal on the docket.

**SO ORDERED.**

Dated:    New York, New York
            October 20, 2025

                                                John G. Koeltl
                                    United States District Judge