UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. DAVID S. FIELD, ET AL.,                    21-cv-1990 (JGK)

                Plaintiffs,           ORDER

    - against -

RYAN MURNANE, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court granted a request by the defendant, Krysta-Lynne Murnane, to be excused from attending the trial in person and gave the defendant the opportunity to attend by telephone for any portion she wishes. The defendant now announced by email that she will not be attending the trial any further today after lunch, and tomorrow because she has child-care responsibilities. The Court will not default Ms. Murnane, but Ms. Murnane is not excused from the trial and there is no basis for adjourning the trial. The trial will continue and may end without Ms. Murnane. That is her choice. She may participate by telephone if she wishes.

SO ORDERED.

Dated:    New York, New York
           November 3, 2025

                                              John G. Koeltl
                                         United States District Judge