UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. DAVID S. FIELD and HOLLY FIELD,
                Plaintiffs,

      -against-                                            21 civ 1990 (JGK)

RYAN MURNANE and KRYSTALYNNE MURNANE,      **ORDER**
                Defendant.
------------------------------------------------------------X

       The pro se parties are advised that any questions regarding any applications and procedures can be answered by either the Pro Se Office of this Court (212) 805-0175 or by the City Bar Justice Center of the Pro Se Law Clinic (212) 382-4794. Please be aware that as of the date of this order, judgment has yet to be entered, and the parties will be advised when judgment is entered.

**SO ORDERED.**

                                                                  _____
                                                                   JOHN G. KOELTL
                                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 6, 2025