UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. DAVID S. FIELD, ET AL.

                  Plaintiffs,

- against -

EXPONENTIAL WEALTH, INC., ET AL.,

                  Defendants.

21-cv-1990 (JGK)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

---

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:
_____

\_\_\_\_ Settlement*

  X   Inquest After Default/Damages
       Hearing

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: 

All such motions: \_\_\_\_

SO ORDERED.

New York, New York
November 5, 2025

                        /s/ John G. Koeltl
                        John G. Koeltl
                 United States District Judge

---

* Do not check if already referred for general pretrial.