```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DR. DAVID S. FIELD, ET AL.,                    21-cv-1990 (JGK)

                   Plaintiffs,         ORDER

    - against -

RYAN MURNANE, ET AL.,

                   Defendants.

JOHN G. KOELTL, District Judge:

    The above action was tried to a verdict before this Court. The jury returned a verdict in favor of the plaintiffs and against the defendant, Ryan Murnane, on, among other things, the plaintiffs' claims for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962(c), and for conspiracy to violate RICO, 18 U.S.C. § 1962(d). The jury also returned a verdict in favor of the plaintiffs and against the defendant, Krystalynne Murnane, on, among other things, the plaintiffs' claim for a violation of 18 U.S.C. § 1962(c). The jury found that the earliest ascertainable date on which each of these claims accrued was June 14, 2019.

    Because "the RICO statute does not contain any provisions concerning the award of prejudgment interest," district courts retain "discretion as to whether to award such interest." Abou-Khadra v. Mahshie, 4 F.3d 1071, 1084 (2d Cir. 1993); see also Lodges 743 & 1746, Int'l Ass'n of Machinists v. United Aircraft

1

Corp., 534 F.2d 422, 446 (2d Cir. 1975) ("Whether to award prejudgment interest in cases arising under federal law has in the absence of a statutory directive been placed in the sound discretion of the district courts.").

The Court declines to award prejudgment interest on the plaintiffs' RICO damages award because the trebling of RICO damages "adequately compensate[s] [the plaintiffs] for the loss of the use of their money during the prejudgment period." Abou-Khadra, 4 F.3d at 1083; see also Am. Transit Ins. v. Bilyk, 514 F. Supp. 3d 463, 477 (E.D.N.Y. 2021) ("Since the award of damages under RICO wholly compensates plaintiff and the award is trebled, I decline to award plaintiff prejudgment interest on the RICO claims."); Allstate Ins. v. Geykhman, No. 24-cv-4580, 2025 WL 2576749, at *17 (E.D.N.Y. Sept. 7, 2025) ("[W]here treble RICO damages are adequate to compensate plaintiffs, courts in this district have found that an award of prejudgment interest would generally be inappropriate." (internal citations and quotation marks omitted)).

SO ORDERED.

Dated:   New York, New York
         November 10, 2025

John G. Koeltl
United States District Judge