UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAVID S. FIELD and HOLLY FIELD,

                        Plaintiffs,

-v-                                         CIVIL ACTION NO. 21 Civ. 1990 (JGK) (SLC)

EXPONENTIAL WEALTH INC., et al.,                **ORDER**

                        Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 285, Plaintiffs Dr. Davis S. Field and Holly Field (together, the "Plaintiffs") were required to file proof of service on Defendants Exponential Wealth Inc., Nolan Bennett, and Christopher Paul (together, the "Defaulting Defendants") of: (i) the Court's Order at Dkt. No. 285, and (ii) Plaintiffs' proposed Orders to Show Cause with accompanying declarations, proposed default judgments, and statements of damages against each of the Defaulting Defendants (Dkt. Nos. 159–62; 164–66; 168–70; 171-72 (the "Damages Submissions")) by November 14, 2025.  (Dkt. No. 285 at 2).  To date, Plaintiffs have not filed the required proofs of service.  As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiffs' deadline to file proof of service of the Court's Order at Dkt. No. 285 and the Damages Submissions on Defaulting Defendants up to and including **November 24, 2025**.

Defaulting Defendants deadline to submit their response to the Damages Submissions, if any, is **EXTENDED** up to and including **December 5, 2025**.  IF DEFAULTING DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFFS' DAMAGES SUBMISSIONS, OR (2) FAIL TO

1

CONTACT MY CHAMBERS BY **DECEMBER 5, 2025** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFFS' DAMAGES SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (quoting Fustok v. ContiCommodity Servs. Inc., 873 F.2d 38, 40 (2d Cir. 1989))).

Dated:   New York, New York
         November 17, 2025

                                          SO ORDERED.

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**