```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DR. DAVID S. FIELD, ET AL.,                    21-cv-1990 (JGK)

                          Plaintiffs,     ORDER

      - against -

RYAN MURNANE, ET AL.,

                          Defendants.

JOHN G. KOELTL, District Judge:

    On November 21, 2025, the defendant Krystalynne Murnane moved to stay the Court's judgment for the plaintiffs pending her appeal and for a temporary restraining order. Ms. Murnane's filing refers to minor children by their full names and includes personally identifiable information.

    Under Rule 5.2(a)(3) of the Federal Rules of Civil Procedure, court submissions that refer to the name of a minor child must do so by using only the child's initials. See Fed. R. Civ. P. 5.2(a)(3). The Court has therefore directed the Clerk of Court to restrict electronic access to Ms. Murnane's motion only to case participants. If Ms. Murnane's future submissions refer to a minor child, she must refer to the child only by the child's initials.

    Moreover, Ms. Murnane should exercise caution when filing documents that include personally identifiable information — particularly sensitive financial information. Ms. Murnane should

1

redact such information or, if appropriate, seek leave from the Court to file the materials under seal.

SO ORDERED.

Dated: New York, New York
November 25, 2025

_____
John G. Koeltl
United States District Judge