UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. DAVID S. FIELD, and HOLLY FIELD,
                Plaintiff(s)

                21 civ 1990 (JGK)

    -against-

RYAN MURNANE and KRYSTALYNNE MURNANE,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The original exhibits in this matter have been mailed to the parties, The parties shall maintain those exhibits during the pendency of this matter, including the pendency of any post-trial motions.

**SO ORDERED.**

                                                _____
                                                **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 8, 2025