12-9-25

Dear Honorable Sarah L. Cave

In reference to Dkt. #298, we have mailed out all of the Docket #'s 298, 258, 159, 160, 161, 162, 164, 165, 166, 168, 169, 170, 171, 172, as well as the Declaration of David S. Field in Opposition of Krystalynne Murnane's appeal motion for a new trial under Rule 59.  The Declaration of Opposition was also emailed to Ryan Murnane and Krystalynne Murnane.  We had to mail the documents to corrected addresses for Ryan Murnane, Krystalynne Murnane, and Christopher Paul, aka Nolan Bennett.  Please accept the Certificate of Service on 12-9-2025 regarding the above matter.

Sincerely,

David and Holly Field