12-9-25

Honorable Judge John G. Koeltl,

Please accept this letter and attachment, "Declaration of Dr. David Field." This is in response to the Appeal of Krystalynne Murnane, Federal Rule of Civil Procedure 59.

Sincerely,

David S. Field