UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. DAVID S. FIELD, ET AL.,

                Plaintiff,

      - against -

RYAN MURNANE, ET AL.,

                Defendants.

21-cv-1990 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiffs are directed to provide the Court with copies of the plaintiffs' trial exhibits by **Tuesday, March 31, 2026.**

SO ORDERED.

Dated:     New York, New York
           March 24, 2026

                           John G. Koeltl
                  United States District Judge