**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DR. DAVID S FIELD, ET ANO.,**

**Plaintiffs,**

**- against -**

**EXPONENTIAL WEALTH INC., ET AL.,**

**Defendants.**

**21-cv-1990 (JGK)**

**Memorandum Opinion and Order**

**John G. Koeltl, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Cave dated July 10, 2026, ECF No. 318, recommending the amount of attorney's fees and costs to be awarded against the defendants Ryan Murnane and Krysta-Lynne Murnane in this case. No objections to the Report and Recommendation have been filed and the time to file objections has passed. In any event, the Court finds the Report and Recommendation to be well-founded and the Court adopts it.

The Court therefore respectfully directs the Clerk to add to the judgment entered on November 10, 2025, ECF No. 286, in favor of the plaintiffs and against the defendants Ryan Murnane and Krysta-Lynne Murnane, the award of attorney's fees in the amount of $223,149.50 and the award of costs in the amount of $9,279.05. Postjudgment interest shall accrue on both awards from

the date of that judgment at the statutory rate consistent with 28 U.S.C. § 1961.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 31, 2026**

**John G. Koeltl**
**United States District Judge**