**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DR. DAVID S FIELD, ET ANO.,

Plaintiffs,

-against-

21 **CIVIL** 1990 (JGK)

# JUDGMENT

EXPONENTIAL WEALTH INC., ET AL.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 31, 2026, judgment is entered as follows: 1. The plaintiffs' claims against EWI are dismissed with prejudice and the plaintiffs are awarded no damages against EWI. 2. The plaintiffs' RICO conspiracy claim and the conversion, fiduciary duty, unjust enrichment, and Section 349 claims under New York law against Paul are dismissed with prejudice. 3. The plaintiffs shall recover from Paul $564,400, consisting of an award of $141,100, trebled to $423,300 for the plaintiffs' RICO claim and $141,100 for the plaintiffs' state-law fraud claim. 4. The plaintiffs shall further recover from Paul prejudgment interest at the rate of 9 percent per annum on the plaintiffs' state-law claim, totaling $89,862.57 as of July 10, 2026, with an additional $34.79 for each day until the date of the judgment in the amount of $1,078.49; post judgment interest in an amount consistent with 28 U.S.C. § 1961; and costs in the amount of $422.00. 5. The plaintiffs' motion for attorney's fees is denied; accordingly, the case is closed.

**Dated:** New York, New York

August 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**